UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHERYL SALEMY, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 15-cv-11502-IT |
| BIOMET, INC. and SEACOAST BIOMET, INC. | * |
| Defendants. | * |

ORDER DENYING MOTION TO STAY

May 15, 2015

TALWANI, D.J.

On April 27, 2015, Defendants filed a Motion to Stay Proceedings Pending Transfer to MDL 2391 – *In Re: Biomet M2A Magnum Hip Implant Products Liability Litigation* [#15]. Defendants' motion informed the court that the Judicial Panel on Multidistrict Litigation has issued a conditional transfer order of the case into MDL 2391. Id. ¶ 6. Accordingly, Defendants assert that a stay is warranted to avoid duplicative litigation and support judicial efficiency. See Defs.' Mem. Law Supp. Their Mot. Stay Pending Transfer Multidistrict Proceedings, 6-11 [#12].

This court has been advised by the Chair of the Judicial Panel on Multidistrict Litigation that Plaintiff opposes the conditional transfer order, that the matter will be considered by the Panel, and that the conditional transfer order is not effective until the Panel so orders. Accordingly, the court continues to have jurisdiction over the instant case and finds no reason for a stay. Defendants Motion to Stay Proceedings Pending Transfer to MDL 2391 – *In Re: Biomet M2A Magnum Hip Implant Products Liability Litigation* [#15] is DENIED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge